**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Eddie Pilcher, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000406

---

### ON WRIT OF CERTIORARI

---

Appeal from Spartanburg County
J. Derham Cole, Post-Conviction Judge

---

Memorandum Opinion No. 2016-MO-008
Submitted February 16, 2016 – Filed March 30, 2016

---

### CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender Benjamin John Tripp, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Alicia A. Olive, both of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.  FEW, J., not participating.**